**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Charles E. Berger | Social Security number or ITIN   xxx−xx−4195 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Charlotte A. Berger | Social Security number or ITIN   xxx−xx−8749 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13−18633−MBK | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles E. Berger                             Charlotte A. Berger

<u>5/4/18</u>                                  **By the court:** <u>Michael B. Kaplan</u>
                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-18633-MBK
Charles E. Berger                                                         Chapter 13
Charlotte A. Berger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 2              Date Rcvd: May 04, 2018
                              Form ID: 3180W              Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
```
db/jdb         +Charles E. Berger,    Charlotte A. Berger,    25 Peartree Lane,    Willingboro, NJ 08046-2709
cr              Bank of America,    P.O. Box 15312,    Wilmington, DE  19850-5312
cr             +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid,    6409 Congress Avenue,
                 Suite 100,    Boca Raton, FL 33487-2853
513870025       5th Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45263-9998
513870026      +Apex,    PO Box 5407,    Lancaster, PA 17606-5407
513870029      +Cardiology Group PA,    2051 Briggs Road,    Mt Laurel, NJ 08054-4608
514110645      +Deutsche Bank Trust Company Americas, as Trustee f,     Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    1100 Virginia Drive, Suite 175,
                 Fort Washington, PA 19034-3278
513870032      +Discover Loan,    PO Box 6105,    Carol Stream, IL 60197-6105
513870033      +Eichenbaum and Stylioanou LLC,    10 Paramus Ave Ste 300,    Paramus, NJ 07652
513870034      +Exceptional Medical Transport,    PO Box 19,    West Berlin, NJ 08091-0019
513917450      +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
513870037      +Home Depot,    PO Box 790328,    St Louis , MO 63179-0328
513870038      +Jaffe and Asher,    1107 Goffle Road,    Hawthorne, NJ 07506-2000
513870040      +Lourdes Cardiology,    63 Kresson Rd Ste 101,    Cherry Hill, NJ 08034-3200
513870041       Lourdes Imaging Assoc,    PO Box 95000 2840,    Philadelphia, PA 19195-2840
513870042       Lourdes Medical Center of Burl,    PO box 822112,    Philadelphia, PA 19182-2112
513935580      +M & T Bank,    POB 1508,    Buffalo, NY 14240-1508
513870045      +MACC,    PO Box 388,    Conshohocken, PA 19428-0388
513870046      +OCWEN,    3451 Hammond Avenue,    Waterloo, IA 50702-5345
515017385       OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,    P.O. BOX 24605,
                 WEST PALM BEACH, FLORIDA 33416-4605
513870047      +OCWEN Loan Svc LLC,    3451 Hammond Avenue,    Waterloo, IA 50702-5345
513870050      +Rancocas Anesthesiology,    PO Box 464,    Rutherford, NJ 07070-0471
513870052       Staples Credit Plan,    PO Box 6403,    Sioux Falls, SD 57117-6403
513870053      +UMDNJ,    PO Box 635,    Bellmawr, NJ 08099-0635
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 05 2018 00:13:01     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2018 00:12:58     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513870027       EDI: BANKAMER.COM May 05 2018 03:54:00     Bank of America,    PO Box 26078,
                 Greensboro, NC 27420
513870028       EDI: BANKAMER2.COM May 05 2018 03:54:00     Bank of America,    PO Box 15028,
                 Wilmington, DE 19850-5028
513931597       EDI: BANKAMER.COM May 05 2018 03:54:00     Bank of America, N.A.,    PO Box 26012,
                 Greensboro, NC 27420-6012
514130983       EDI: BL-BECKET.COM May 05 2018 03:54:00     CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                 POB 3001,    MALVERN, PA 19355-0701
513994876      +E-mail/Text: bncmail@w-legal.com May 05 2018 00:13:12     CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513870030       EDI: CITICORP.COM May 05 2018 03:54:00     Citi Cards,    PO Box 182564,
                 Columbus, OH 43218-2564
513870031       EDI: DISCOVER.COM May 05 2018 03:54:00     Discover,    PO Box 71084,    Charlotte, NC 28272-1084
513890452       EDI: DISCOVER.COM May 05 2018 03:54:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
513904957      +EDI: DISCOVERPL May 05 2018 03:54:00     Discover Personal Loans,    PO BOX 30954,
                 Salt Lake City, UT 84130-0954
513870035      +EDI: FSAE.COM May 05 2018 03:54:00     First Source,    PO Box 628,    Buffalo, NY 14240-0628
513870036       EDI: RMSC.COM May 05 2018 03:54:00     GECRB Pep Boys,    PO Box 960061,
                 Orlando, FL 32896-0061
513870039       EDI: CBSKOHLS.COM May 05 2018 03:53:00     Kohls,    PO Box 2983,    Milwaukee, WI 53201-2983
513870043      +EDI: LTDFINANCIAL.COM May 05 2018 03:53:00     LTD Financial Svc,    7322 SW Freeway Ste 1600,
                 Houston, TX 77074-2134
513870044       E-mail/Text: camanagement@mtb.com May 05 2018 00:12:46     M and T Bank,
                 1 Fountain Plaza Floor 3,    Buffalo, NY 14203
513870049       EDI: PRA.COM May 05 2018 03:53:00     Portfolio Recovery,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502
514157216       EDI: PRA.COM May 05 2018 03:53:00     Portfolio Recovery Associates, LLC,    c/o Bank Of America,
                 POB 41067,    Norfolk VA 23541
514134308       EDI: PRA.COM May 05 2018 03:53:00     Portfolio Recovery Associates, LLC,
                 c/o Pep Boys - English,    POB 41067,    Norfolk VA 23541
513870051       EDI: SEARS.COM May 05 2018 03:54:00     Sears Mastercard,    PO Box 183082,
                 Columbus, OH 43218-3082
513870054      +EDI: URSI.COM May 05 2018 03:53:00     United Recovery Sys,    PO Box 722910,
                 Houston, TX 77272-2910
                                                                                               TOTAL: 21
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: May 04, 2018
                              Form ID: 3180W           Total Noticed: 45
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513870048*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    PO Box 12903,    Norfolk, VA 23541)
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    GMAC MORTGAGE CORPORATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Residential Funding Company, LLC
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    GMAC MORTGAGE CORPORATION jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin   Plean    on behalf of Creditor    Deutsche Bank National Trust Company jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyefile@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
              Steven N. Taieb    on behalf of Joint Debtor Charlotte A. Berger staieb@comcast.net
              Steven N. Taieb    on behalf of Debtor Charles E. Berger staieb@comcast.net
                                                                                        TOTAL: 11
```