Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 13−18633−MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles E. Berger                                                Charlotte A. Berger
   25 Peartree Lane                                                  25 Peartree Lane
   Willingboro, NJ 08046                                      Willingboro, NJ 08046

Social Security No.:
   xxx−xx−4195                                                       xxx−xx−8749

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: May 29, 2018                        Michael B. Kaplan
                                              Judge, United States Bankruptcy Court